GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HURTADO,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and CLARITY SERVICES, INC.,<br><br>Defendants. | Case No. 2:25-cv-00733<br><br>**JOINT MOTION FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from May 23, 2025 through and including **June 23, 2025**. The request was made by NCTUE so that it can have an opportunity to

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 23rd day of May, 2025.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

<u>**No opposition**</u>
/s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: ____5-28-25_____

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 23rd day of May, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com